Joseph Cecil McKINNEY, Petitioner, v. Hon. Richard M. DUNCAN, Judge, United States District Court, Western District of Missouri.

No. 14699.

United States Court of Appeals
Eighth Circuit.

Sept. 10, 1952.

Joseph Cecil McKinney, pro se.

Sam M. Wear, U. S. Atty., and Fred L. Howard, Asst. U. S. Atty., Kansas City, Mo., for respondent.

PER CURIAM.

Motion of petitioner for relief prayed as in nature of a mandamus denied, etc.

WALTER HART, Inc., Appellant, v. CAPITAL CITY WOOLEN MILLS, Inc.

No. 14668.

United States Court of Appeals
Eighth Circuit.

Sept. 10, 1952.

C. Glenn Garten and Xen Q. Lindel, Des Moines, Iowa, for appellant.

Abramson & Myers, Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed on the ground that order complained of is not appealable, on motion of appellee.